# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**MATTHEW DAGNAN,**
*Individually and as Parent and Next Friend of* **G.D.**,

      **Plaintiff,**

v.                                                                                       Case No:  16-2246-CM-GEB

**ST. JOHN'S MILITARY SCHOOL,**

**ST. JOHN'S MILITARY SCHOOL
ENDOWMENT FUND,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐　　Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the ORDER filed MARCH 1, 2019, the Plaintiffs' MOTION TO CONFIRM ARBITRATION AWARD is GRANTED.  Judgment is entered against the Defendants ST. JOHN'S MILITARY SCHOOL and ST. JOHN'S MILITARY SCHOOL ENDOWMENT FUND and in favor of the Plaintiff MATTHEW DAGNAN in the amount of **$369,175.00**.  This case is closed.

 3/1/2019_____                                    TIMOTHY M. O'BRIEN
      Date                                                                    CLERK OF THE DISTRICT COURT

                                                                 by:   /s/ Jeffrey Hokanson_____
                                                                     Deputy Clerk